Matthew I Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperlcark.com

Sean N. Payne, Esq.
Nevada Bar No. 13216
PAYNE LAW FIRM LLC
9550 S. Eastern Ave., Suite 253-A213
Las Vegas, NV 89123
Phone: (702) 952-2733
FAX: (702) 462-7227
Email: seanpayne@spaynelaw.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff Melvin Eberwein*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MELVIN EBERWEIN, <br><br> Plaintiff, <br><br> v. <br><br> CHASE MORTGAGE; J P MORGAN CHASE BANK; and EQUIFAX INFORMATION SERVICES, LLC, <br><br> Defendants. | Case No. 2:16-cv-02983-RFB-PAL <br><br> **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND EQUIFAX INFORMATION SERVICES, LLC** |

**NOTICE IS HERBY GIVEN** that the dispute between Melvin Eberwein ("Plaintiff") and Defendant Equifax Information Services, LLC ("Equifax") has been resolved on an individual basis. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against Equifax, with Prejudice, within sixty (60) days. Plaintiff requests that all pending dates and filing requirements as to Equifax be vacated, and that the Court set a deadline sixty days (60) from present for filing a Dismissal as to Equifax.

DATED: March 14, 2017

                Respectfully submitted,

                */s/ Sean N. Payne*  _____
                Sean N. Payne, Esq.
                Nevada Bar No. 13216
                PAYNE LAW FIRM LLC
                9550 S. Eastern Ave., Suite 253-A213
                Las Vegas, NV 89123
                Phone: (702) 952-2733
                FAX: (702) 462-7227
                Email: seanpayne@spaynelaw.com

                *Attorney for Plaintiff Melvin Eberwein*

**IT IS ORDERED** that the settling parties shall have until **May 15, 2017**, to file a stipulation to dismiss with prejudice, or a joint status report indicating when the stipulation will be filed.

Dated: March 16, 2017

                                                        Peggy A. Leen
                                                        United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2017, and pursuant to the Federal Rules of Civil Procedure, a true and correct copy of the foregoing **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND EQUIFAX INFORMATION SERVICES, LLC** was served via the U.S. District Court's electronic filing system to each of the following:

| | |
|---|---|
| David H. Krieger<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, NV 89123<br>dkrieger@hainesandkrieger.com<br><br>*Attorneys for Plaintiff* | Matthew I. Knepper<br>KNEPPER & CLARK LLC<br>10040 W. Cheyenne Ave., Ste. 170-109<br>Las Vegas, NV 89129<br>matthew.knepper@knepperclark.com<br>miles.clark@knepperclark.com<br><br>*Attorneys for Plaintiff* |

Lindsay C. Demaree, Esq.
Joel E. Tasca, Esq.
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, NV 89106-4617
tasca@ballardspahr.com
demareel@ballardspahr.com
lvdocket@ballardspahr.com

*Attorneys for Defendant*
*JPMorgan Chase Bank, N.A.*


                                                      /s/ Sean N. Payne
                                                      Payne Law Firm LLC