1  Joel E. Tasca
   Nevada Bar No. 14124
2  Lindsay Demaree
   Nevada Bar No. 11949
3  BALLARD SPAHR LLP
   100 North City Parkway, Suite 1750
4  Las Vegas, Nevada 89106
   Telephone: (702) 471-7000
5  Facsimile: (702) 471-7070
   E-mail: tasca@ballardspahr.com
6  E-mail: demareel@ballardspahr.com

7  *Attorneys for Defendant*
   *JPMorgan Chase Bank, National*
8  *Association (incorporated named as "Chase*
   *Mortgage" and "J P Morgan Chase Bank")*
9

10             UNITED STATES DISTRICT COURT

11                  DISTRICT OF NEVADA

12 | MELVIN EBERWEIN,                          | CASE NO. 2:16-CV-02983-RFB-PAL
13 |        Plaintiff,                         |
                                               | **STIPULATION AND ORDER TO**
14 | v.                                        | **EXTEND TIME FOR JPMORGAN**
                                               | **CHASE BANK, N.A. TO RESPOND TO**
15 | CHASE MORTGAGE; J P MORGAN                | **PLAINTIFF'S COMPLAINT**
   | CHASE BANK; EQUIFAX                       |
16 | INFORMATION SERVICES, LLC,                | **(Second Request)**
17 |        Defendants.                        |

18

19      Defendant JPMorgan Chase Bank, N.A.'s ("Chase")[1] response to Plaintiff

20 Melvin Eberwein's complaint currently is due March 23, 2017.  Chase has requested,

21 and Plaintiff has agreed, that Chase has up to and including April 6, 2017 to respond

22 to Plaintiff's complaint, to provide additional time for Chase investigate Plaintiff's

23 allegations and for the parties to continue discussing a potential early resolution of

24 the claims asserted against Chase.

25               *[Continued on following page.]*

26

27 [1] The Complaint incorrectly names "Chase Mortgage" and "J P Morgan Chase Bank" as defendants, rather than JPMorgan Chase Bank, N.A.

28

DMWEST #16357892 v1

This is the second request for such an extension, and it is made in good faith and not for purposes of delay.

Dated: March 23, 2017

| BALLARD SPAHR LLP | PAYNE LAW FIRM |
|---|---|
| By: /s/ Lindsay Demaree<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Lindsay Demaree<br>Nevada Bar No. 11949<br>100 North City Parkway, Suite 1750<br>Las Vegas, Nevada 89106<br><br>*Attorneys for Defendant JPMorgan Chase Bank, National Association (incorrectly named as "Chase Mortgage" and "J P Morgan Chase Bank")* | By: /s/ Sean Payne<br>Sean N. Payne<br>Nevada Bar No. 13216<br>9550 S. Eastern Ave.,<br>Suite 253-A213<br>Las Vegas, NV 89123<br><br>Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>KNEPPER & CLARK LLC<br>10040 W. Cheyenne Ave., Suite 170-109<br>Las Vegas, NV 89129<br><br>David H. Krieger<br>HAINES & KRIEGER, LLC<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 130<br>Henderson, Nevada 89123<br>(702) 880-5554<br>dkrieger@hainesandkrieger.com<br><br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 27, 2017

2

DMWEST #16357892 v1