Matthew I Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperlcark.com

Sean N. Payne, Esq.
Nevada Bar No. 13216
PAYNE LAW FIRM LLC
9550 S. Eastern Ave., Suite 253-A213
Las Vegas, NV 89123
Phone: (702) 952-2733
FAX: (702) 462-7227
Email: seanpayne@spaynelaw.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff Melvin Eberwein*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MELVIN EBERWEIN,<br><br>Plaintiff,<br><br>v.<br><br>CHASE MORTGAGE; J P MORGAN CHASE BANK; and EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No. 2:16-cv-02983-RFB-PAL<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANTS CHASE MORTGAGE AND J P MORGAN CHASE BANK** |

**NOTICE IS HERBY GIVEN** that the dispute between Melvin Eberwein ("Plaintiff") and Defendants Chase Mortgage and J P Morgan Chase Bank (collectively "Chase") has been resolved on an individual basis. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against Chase, with Prejudice, within sixty (60) days. Plaintiff requests that all pending dates and filing requirements as to Chase be vacated, and that the Court set a deadline sixty days (60) from present for filing a Dismissal as to Chase.

DATED: May 4, 2017

Respectfully submitted,

*/s/ Sean N. Payne* _____
Sean N. Payne, Esq.
Nevada Bar No. 13216
PAYNE LAW FIRM LLC
9550 S. Eastern Ave., Suite 253-A213
Las Vegas, NV 89123
Phone: (702) 952-2733
FAX: (702) 462-7227
Email: seanpayne@spaynelaw.com

*Attorney for Plaintiff Melvin Eberwein*

**IT IS ORDERED** that the settling parties shall either file their stipulation to dismiss no later than **July 3, 2017**, or a joint status report indicating when the stipulation will be filed.

Dated: May 5, 2017

_____
Peggy A. Leen
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2017, and pursuant to the Federal Rules of Civil Procedure, a true and correct copy of the foregoing **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND EQUIFAX INFORMATION SERVICES, LLC** was served via the U.S. District Court's electronic filing system to all parties appearing in this case.

/s/ Sean N. Payne
Payne Law Firm LLC