Matthew I Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperlcark.com

Sean N. Payne, Esq.
Nevada Bar No. 13216
PAYNE LAW FIRM LLC
9550 S. Eastern Ave., Suite 253-A213
Las Vegas, NV 89123
Phone: (702) 952-2733
FAX: (702) 462-7227
Email: seanpayne@spaynelaw.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff Melvin Eberwein*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MELVIN EBERWEIN,<br><br>Plaintiff,<br><br>v.<br><br>CHASE MORTGAGE; J P MORGAN CHASE BANK; and EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No. 2:16-cv-02983-RFB-PAL<br><br>**JOINT STATUS REPORT ON NOTICE OF SETTLMENT** |

On or about March 14, 2017, Melvin Eberwein ("Plaintiff") and Defendant Equifax Information Services, LLC ("Equifax") (collectively referred to as, "Settling Parties") settled their respective disputes in this matter.

Pursuant to the Court's Order entered on March 16, 2017, the Settling Parties were to file dismissal paperwork by May 15, 2017, or provide a joint status report indicating when the stipulation will be filed. *See* ECF No. 12.

While dismissal paperwork has not yet been filed, the Settling Parties have negotiated the final terms of a proposed settlement agreement and the settlement terms are being executed.

The specific delays in filing dismissal paperwork resulted from a natural time delay in finalizing agreeable credit reporting data to be reported on Plaintiff's credit report. The Settling Parties had to consult with their clients to finalize the data which was agreeable to be published by Equifax. Accordingly, additional time was required to finalize settlement and fulfill the Settling Parties' settlement obligations.

The Settling Parties expect to have all outstanding settlement issues resolved within thirty (30) days.

Respectfully submitted,

| DATED: May 15, 2017 | DATED: May 15, 2017 |
|---|---|
| */s/ Sean N. Payne* \_\_\_\_\_<br>Sean N. Payne, Esq.<br>Nevada Bar No. 13216<br>PAYNE LAW FIRM LLC<br>9550 S. Eastern Ave., Suite 253-A213<br>Las Vegas, NV 89123<br>Email: seanpayne@spaynelaw.com<br><br>*Attorney for Plaintiff Melvin Eberwein* | */s/ Bradley T. Austin* \_\_\_\_\_<br>Bradley T. Austin, Esq.<br>Nevada Bar No. 13064<br>SNELL & WILMER L.L.P.<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br>Email: baustin@swlaw.com<br><br>*Attorney for Defendant Equifax Information Services, LLC* |

**IT IS SO ORDERED** this 17th day of May, 2017.

_____
Peggy A. Leen
United States Magistrate Judge