1 | Matthew I. Knepper, Esq.
Nevada Bar No. 12796
2 | Miles N. Clark, Esq.
Nevada Bar No. 13848
3 | KNEPPER & CLARK LLC
4 | 10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
5 | Phone: (702) 825-6060
6 | FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
7 | Email: miles.clark@knepperclark.com

8 | Sean N. Payne, Esq.
Nevada Bar No. 13216
9 | PAYNE LAW FIRM LLC
10 | 9550 S. Eastern Ave., Suite 253-A213
Las Vegas, NV 89123
11 | Phone: (702) 952-2733
FAX: (702) 462-7227
12 | Email: seanpayne@spaynelaw.com

13 |
David H. Krieger, Esq.
14 | Nevada Bar No. 9086
HAINES & KRIEGER, LLC
15 | 8985 S. Eastern Ave., Suite 350
16 | Henderson, NV 89123
Phone: (702) 880-5554
17 | FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
18 |
19 | *Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MELVIN EBERWEIN, | : |
| Plaintiff, | : Case No. 2:16-cv-02983-RFB-PAL |
| V. | : |
| CHASE MORTGAGE; J P MORGAN CHASE BANK; and EQUIFAX INFORMATION SERVICES, LLC, | : **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | : |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Melvin Eberwein and Defendant JPMorgan Chase Bank, N.A. (incorrectly named as "Chase Mortgage" and "J P Morgan Chase Bank") ("Chase"), by and through their respective counsel of record, hereby submit this Stipulation and Order to Dismiss Plaintiff's Complaint against Chase with prejudice.

| Dated: July 7, 2017. | Dated: July 7, 2017. |
|---|---|
| PAYNE LAW FIRM LLC | BALLARD SPAHR LLP |
| __/s/ Sean N. Payne_____ <br> Sean N. Payne, Esq. <br> Nevada Bar No. 13216 <br> 9550 S. Eastern Ave., Suite 253-A213 <br> Las Vegas, NV 89123 <br><br> *Attorney for Plaintiff* | __/s/ Lindsay C. Demaree_____ <br> Lindsay C. Demaree, Esq. <br> Nevada Bar No. 11949 <br> 100 North City Parkway, Suite 1750 <br> Las Vegas, NV 89106-4617 <br><br> *Attorney for Defendant* <br> *JPMorgan Chase Bank, N.A.* <br> *(named as Chase Mortgage and* <br> *J P Morgan Chase Bank)* |

**ORDER**

IT IS SO ORDERED.

DATED: July 11, 2017.

_____
RICHARD F. BOULWARE, II
United States District Judge